UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 08-14424-JH |
| DROTT, THOMAS LEE | : | Chapter 7 |
| DROTT, AMANDA KAY | : | |
| Debtor(s) | : | Judge Hopkins |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

     The attached check in the amount of $7.96 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Cashland<br>17 Triangle Park<br>Cincinnati, OH  45246 | 16 | $7.96 |


Dated: December 1, 2009    /s/ Thomas J. Geygan, Sr.
                                                       THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee

Unclaimed Dividend
Account No. 2876

THOMAS J. GEYGAN, SR., Trustee
8050 Hosbrook Rd.,
Ste 107
Cincinnati, OH 45236

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**1020**

DATE: 12/01/09

AMOUNT: ************7.96

**2268812**

PAY TO THE ORDER OF
U. S. Bankruptcy Court
221 E. Fourth Street, Suite 800
Cincinnati, OH  45202

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-14424  JH | Debtor: DROTT, THOMAS LEE |
| | Joint Debtor: DROTT, AMANDA KAY |

*Seven Dollars And 96/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001020⑈ ⑆111000012⑆ 4429753934⑈